IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHMOBILETECH LLC,

      Plaintiff,      JUDGMENT IN A CIVIL CASE

v.             Case No. 11-cv-287-wmc

SIMON PROPERTY GROUP, INC. and
SIMON PROPERTY GROUP, LLP,

      Defendants.

---

  This action came for consideration before the court, District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Simon Property Group, Inc. and Simon Property Group, LLP granting their motion for summary judgment of non-infringement of U.S. Patent No. 7,805,130.

  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing defendants' counterclaim of invalidity of U.S. Patent No. 7,805,130 for lack of jurisdiction.

_____    _____8/29/2012_____
Peter Oppeneer, Clerk of Court        Date