IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHMOBILETECH LLC,

           Plaintiff,           JUDGMENT IN A CIVIL CASE

    v.                                      Case No. 11-cv-287-wmc

SIMON PROPERTY GROUP, INC. and
SIMON PROPERTY GROUP, L.P.,

           Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Simon Property Group, Inc. and Simon Property Group, L.P. against plaintiff NorthMobileTech LLC granting defendants' motions for attorney fees and sanctions in the total amount $368,542.28.

_Peter Oppeneer_                                    5/21/13
Peter Oppeneer, Clerk of Court                Date